UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH PATTON,

             Petitioner,                            Civil No. 04-71800
                                                    Criminal No. 02-80762

v.                                                     Hon. John Corbett O'Meara

UNITED STATES OF AMERICA,

             Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

On March 4, 2005, the court denied Joseph Patton's petition under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Petitioner filed a motion for reconsideration March 17, 2005. Pursuant to Local Rule 7.1(g)(3), "the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." In this case Petitioner's motion for reconsideration merely presents the same issues ruled upon by the court. Therefore, it is hereby **ORDERED** that petitioner Joseph Patton's March 17, 2005 motion for reconsideration is **DENIED.**

                                    s/John Corbett O'Meara
                                    John Corbett O'Meara
                                    United States District Judge

Dated:  December 21, 2005